JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 15-683 AG (FFMx) | Date | May 20, 2015 |
|---|---|---|---|
| Title | JILLIAN GRIEGO v. PACIFIC DIVERSIFIED, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** **[IN CHAMBERS] ORDER REMANDING ACTION**

This parties to this action filed a "Stipulation to Remand Removed Action." (Dkt. No. 7.)

The Court now REMANDS the action back to the Superior Court of California, County of Orange.

_____ : 0

Initials of Preparer   lmb